No. 828. STACY-VORWERK Co. *v.* BUCK ET AL. May 18, 1931. Petition for writ of certiorari to the Supreme Court

850

of Wyoming denied. *Mr. Michael A. Rattigan* for petitioner. No appearance for respondent.